UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMARA OWENS, | Case No. 09-10267 |
| Plaintiff, | DISTRICT JUDGE ARTHUR J. TARNOW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | MAGISTRATE JUDGE MICHAEL HLUCHANIUK |
| Defendant. | |
| _____/ | |

**ORDER
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [18],
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12],
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15],
and
DISMISSING THE CASE**

On February 26, 2010, the Magistrate Judge issued a Report and Recommendation [18] recommending that Plaintiff's Motion for Summary Judgment [12] be denied, Defendant's Motion for Summary Judgment [15] be granted, and that the case be dismissed.

No objections were filed. The Court has reviewed the record in this case.

The Report and Recommendation [18] of the Magistrate Judge is hereby **ADOPTED**, and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [12] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [15] is **GRANTED.**

This case is hereby **DISMISSED**.

**SO ORDERED.**

S/ARTHUR J. TARNOW
**Arthur J. Tarnow
United States District Judge**

**Dated: March 24, 2010**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on March 24, 2010, by electronic and/or ordinary mail.**

       **<u>S/LISA M. WARE</u>**
       **Case Manager**